**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RUI MANUEL PIRES, et al.,<br>*Petitioner*,<br>v.<br>JOHN THOMPSON, et al.,<br>*Respondents*. | HON. JULIAN XAVIER NEALS, U.S.D.J.<br>*Civil Action No.* 26-10664 (JXN) |

**NOTICE OF STIPULATION OF DISMISSAL**

Defendant, John Thompson, District Director, U.S. Citizenship and Immigration Services ("USCIS"), Joseph B. Edlow, Director, USCIS, Markwayne Mullin, Secretary of U.S. Department of Homeland Security, Todd Blanche, Attorney General, U.S. Department of Justice, and Plaintiffs, Rui Manuel Pires and Leonardo Bertacini (collectively "the Parties") by and through undersigned Counsel hereby stipulate to dismissal of this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiffs' Form I-485 Application and I-130 Petition were approved on October 14, 2026. Therefore, the Parties respectfully submit that the complaint, ECF No. 1, is now moot.

Date: October 27, 2026

Respectfully Submitted,

ROBERT FRAZER
United States Attorney

By: /s Bridget E. Zarrillo
BRIDGET E. ZARRILLO
Assistant United States Attorney
*Attorneys for Respondents*

RUI MANUEL PIRES
Plaintiff

LEONARDO BERTACINI
Plaintiff

By: /s Alejandra Minogue

**So ORDERED on 10/28/2026:**

**JULIEN XAVIER NEALS**
**United States District Judge**

Alexandra Minogue
*Attorney for Plaintiffs*